IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RAY ABBS, | § | |
| Petitioner, | § § § | |
| v. | § § | 2:11-CV-0096 |
| RICK THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus. On May 17, 2011, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied because petitioner is not eligible for mandatory supervised release. On May 26, 2011, petitioner filed objections to the Report and Recommendation wherein he argues his loss of previously accrued good time as a result of prison disciplinary cases, in and of itself, presents a cognizable claim for habeas corpus relief.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this _24_ day of _June_ 2011.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE